**WHITNEY P. BOISE, OSB No. 851570**
whitney@boisematthews.com
BOISE MATTHEWS LLP
121 S.W. Morrison St., Suite 700
Portland, OR 97204
Telephone: (503) 228-0487
Fax: (503) 227-5984

Attorneys for Defendant Bethany Mockerman

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**BETHANY MOCKERMAN,**<br><br>Defendant. | Case No:  **6:22-cr-00262-2-MC**<br><br>**DEFENDANT BETHANY MOCKERMAN'S UNOPPOSED MOTION TO MODIFY HER PLEA AGREEMENT** |

Defendant Bethany Mockerman, by and through her attorney, Whitney P. Boise, moves this Court for an Order modifying her March 19, 2025, plea agreement, filed March 20, 2025 (ECF 75).

Ms. Mockerman voluntarily and knowingly wishes to withdraw her agreement to forfeiture as stated in paragraph 16 of her March 19, 2025, plea agreement (ECF 75), and instead agrees to voluntarily abandon all right, title, and interest in all items listed in the Fourth Bill of Particulars, filed March 18, 2025 (ECF 69).

Assistant United States Attorney Gavin Bruce has advised that the government joins in this motion, and the above stated modifications to Ms. Mockerman's plea agreement.

Page 1 –  DEFENDANT BETHANY MOCKERMAN'S
          UNOPPOSED MOTION TO MODIFY HER PLEA
          AGREEMENT

**BOISE MATTHEWS LLP**
121 S.W. Morrison St., Suite 700
Portland, OR 97204
Telephone: (503) 228-0487
Facsimile: (503) 227-5984

This motion is based on the declaration of counsel filed contemporaneously herewith.

DATED this 27th day of March, 2025.

                                              Respectfully submitted,

                                              BOISE MATTHEWS LLP

                                              /s/ *Whitney P. Boise*
                                              WHITNEY P. BOISE, OSB No. 851570
                                              (503) 228-0487
                                              Of Attorneys for Defendant Bethany Mockerman

Page 2 – DEFENDANT BETHANY MOCKERMAN'S UNOPPOSED MOTION TO MODIFY HER PLEA AGREEMENT

**BOISE MATTHEWS LLP**
121 S.W. Morrison St., Suite 700
Portland, OR 97204
Telephone: (503) 228-0487
Facsimile: (503) 227-5984